# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| MALIBU BOATS, LLC, )<br>)<br>    Plaintiff/Counterclaim Defendant, )<br>)<br>) <br>v. )<br>)<br>)<br>SKIER'S CHOICE, INC., )<br>)<br>    Defendant/Counterclaim Plaintiff ) | Case No. 3:18-cv-15-JPM-HBG<br>[consolidated with Case No. 3:19-cv-225] |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for a trial by jury, the issues having been tried and the jury duly rendered its verdict on May 21, 2021 (ECF No. 225),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for the Defendant:

Claims 1 and 34 of U.S. Patent 9,260,161 are found to be **INVALID** and **NOT INFRINGED** by Skier's Choice.

Claim 1 of U.S. Patent 10,322,777 is found to be **INVALID** and **NOT INFRINGED** by Skier's Choice.

Claim 14 of U.S. Patent 10,322,777 is found to be **INVALID**.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

  May 24, 2021
Date